JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA MARKHAM, individually<br><br>                Plaintiff,<br><br>v.<br><br>ALLERGAN, INC. f/k/a INAMED CORPORATION f/k/a MCGHAN MEDICAL CORPORATION, a Delaware corporation with its principal place of business in California; ALLERGAN HOLDCO U.S., INC., a Delaware corporation with its principal place of business in California; ALLERGAN HOLDINGS, INC., a Delaware corporation with its principal place of business in California; ALLERGAN SALES, LLC a Delaware limited liability company with its principal place of business in California; ALLERGAN USA, INC., a Delaware corporation with its principal place of business in California; ALLERGAN PLC, a foreign corporation with its principal place of business in California; and DOES 1 through 100, inclusive,<br><br>                Defendants. | Case No: 8:20-cv-00494-JLS-JDE<br><br>**ORDER RE JOINT STIPULATION TO REMAND ACTION TO STATE COURT**<br><br>Hon. Josephine L. Staton |

This matter has come before the Court on the parties' Stipulation for Remand to State Court. Having considered the parties' stipulation, and good cause appearing therefor, the Court hereby orders as follows:

The above-captioned matter is hereby remanded to the Superior Court of the State of California, County of Orange, 30-02020-01137175-CU-PL-CJC.

**IT IS SO ORDERED.**

Dated: April 10, 2020

_____
Honorable Josephine L. Staton
United States District Judge